AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| WILLIAM B. NEWTON and NOREEN ALLISON, individually and on behalf of all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> DUKE ENERGY FLORIDA, LLC, a Florida Limited Liability Company and FLORIDA POWER & LIGHT COMPANY, a Florida Profit Corporation <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | 16-CV-60341-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Duke Energy Florida, LLC
    CT Corporation System (Registered Agent)
    1200 South Pine Island Road
    Plantation, FL  33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jack Reise
    Robbins Geller Rudman & Dowd LLP
    120 East Palmetto Park Road, Suite 500
    Boca Raton, FL  33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date:  Feb 23, 2016
_____

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| WILLIAM B. NEWTON and NOREEN ALLISON, individually and on behalf of all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> DUKE ENERGY FLORIDA, LLC, a Florida Limited Liability Company and FLORIDA POWER & LIGHT COMPANY, a Florida Profit Corporation <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) 16-CV-60341-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Florida Power & Light Company
J.E. Leon (Registered Agent)
4200 W. Flagler Street, Suite 2113
Miami, FL  33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jack Reise
Robbins Geller Rudman & Dowd LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date:  Feb 23, 2016
_____

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts